UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASSANDRA COLE                                          CIVIL ACTION

VERSUS                                                  NO. 14-2396-CJB-SS

CAROLYN COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration ("Commissioner"), to dismiss (Rec. doc. 12) is GRANTED and the complaint of the plaintiff, Cassandra Cole, is dismissed with prejudice.

New Orleans, Louisiana, this 20th day of March, 2015.

_____
**United States District Judge**